**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL NO.  10-00067-KD** |
| **v.** | * | |
| | * | |
| **KRISTIAN DILLON HOLZAEPFEL** | * | |

**FINAL JUDGMENT OF FORFEITURE**

WHEREAS, on May 5, 2011, a jury found the defendant, **KRISTIAN DILLON HOLZAEPFEL**, guilty of Counts One and Two of the superseding indictment.  The defendant did not file an objection to the Preliminary Order of Forfeiture, thus agreeing to forfeit to the United States all of his right, title, and interest to the property which is set forth in the forfeiture allegation of the superseding indictment and which is forfeitable to the United States pursuant to Title 18, United States Code, Section 2428.  The property to be forfeited is as follows:

**(1) One Apple MacBook laptop computer, serial number W8746SC0Z63.**

WHEREAS, The United States properly published notice of the forfeiture of the above described property and the requirements for filing a claim for the property for 30 consecutive days starting May 23, 2011, on www.forfeiture.gov.  (Ad # 112933).  A Proof of Publication was filed on June 22, 2011, (Doc. 62), specifying the details of this publication.  No third-parties have come forward to assert an interest in the subject property in the time required under Title 21, U.S.C, § 853(n).

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the following property is forfeited to The United States of America pursuant to Title 18, United States Code, Section 2428, and Federal Rule of Criminal Procedure 32.2(b), for disposition according to law:

**(1) One Apple MacBook laptop computer, serial number W8746SC0Z63.**

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward three (3) certified copies of this Order to Assistant United States Attorney Sean P. Costello.

DONE AND ORDERED this 12th day of August, 2011.

s/Kristi K. DuBose
KRISTI K. DUBOSE
UNITED STATES DISTRICT JUDGE